# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL CLARK-AIGNER, | : | |
| Petitioner | : | No. 3:14-cv-2012 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| WARDEN EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 13th DAY OF FEBRUARY**, **2015**, for the reasons set forth in the Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Doc. 4), is **GRANTED** for the sole purpose of filing this action.

2. Plaintiff's Motion to Appoint Counsel, (Doc. 6), is **DISMISSED AS MOOT**.

3. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. 1, petition), is **DISMISSED** for lack of jurisdiction.

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
United States District Judge